CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 16 2010

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TROY MATTHEW JACKSON, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>"THE LAWYER THAT REPRESENTED ME )<br>IN THIS MATTER IN THE WINCHESTER )<br>CIRCUIT COURT," )<br>    Defendant. ) | Civil Action No. 7:10cv00111<br><br>**FINAL ORDER**<br><br>By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Jackson's request to proceed in forma pauperis is **DENIED**, his complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 16th day of March, 2010.

_____
United States District Judge